**Opinion issued April 30, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00670-CV
_____

## IN RE O.L.M., A CHILD

---

**On Appeal from the 461st District Court
Brazoria County, Texas
Trial Court Case No. 123459F**

---

## MEMORANDUM OPINION

Appellant Mother[1] filed a notice of appeal from the trial court's interlocutory "Temporary Orders in Suit to Modify Parent-Child Relationship."  Appellee Father filed a motion to dismiss, arguing in part that temporary orders in a suit to modify

---

[1]    We use generic names and initials to protect the child's privacy. *See* TEX. FAM. CODE § 109.002(d).

the parent-child relationship are unappealable interlocutory orders. Mother filed a response, arguing she has properly appealed the subject temporary order.

This Court has jurisdiction over appeals only from final judgments and those interlocutory orders specifically authorized by statute. *See Bison Bldg. Materials, Ltd. v. Aldridge*, 422 S.W.3d 582, 585 (Tex. 2012); *CMH Homes v. Perez*, 340 S.W.3d 444, 447–48 (Tex. 2011); *In re M.R.H.*, No. 04-24-00595-CV, 2024 WL 5194647, at *1 (Tex. App.—San Antonio Dec. 23, 2024, no pet.) (mem. op.); *see also* TEX CIV. PRAC. & REM. CODE § 51.014 (authorizing appeals from certain interlocutory orders). Temporary orders in a suit to modify the parent-child relationship are not subject to interlocutory appeal, although they may be subject to mandamus review. *See* TEX. FAM. CODE § 105.001(e); *In re M.R.H.*, 2024 WL 5194647, at *1; *In re T.R.L.*, 654 S.W.3d 16, 19 (Tex. App.—Houston [14th Dist.] 2022, no pet.).

We lack jurisdiction over this appeal because Mother cannot appeal the subject interlocutory temporary order. *See Salinas v. Melton*, No. 01-15-00702-CV, 2016 WL 3661845, at *1 (Tex. App.—Houston [1st Dist.] July 7, 2016, no pet.) (mem. op.). We grant Father's motion and dismiss this appeal for want of jurisdiction. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.